UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ETHEREAL ENIGMATIC EUPHORIC MOVEMENT TOWARDS CIVILIZED HEDONISM, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF IDAHO,<br><br>Defendant. | Case No. 4:11-cv-00097-CWD<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, **IT IS HEREBY ORDERED**, **ADJUDGED**, and **DECREED** that this case is dismissed without prejudice.

Additionally, this case is hereby ordered closed.

Dated: **October 24, 2011**

Honorable Candy W. Dale
United States Magistrate Judge